Case: 3:05-cv-00649-bbc   Document #: 40   Filed: 06/12/06   Page 1 of 1

Document Number  Case Number
                 05-C-0649-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
06/12/2006 11:28:02 AM CDT

# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| GEORGE H. PETERS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 05-C-649-C |
| v. | |
| ASTRAZENECA, LP and<br>PROCTER & GAMBLE DISTRIBUTING<br>COMPANY; DAVID BRENNAN, CEO,<br>Astrazeneca, L.P; and ALLAN G. LAFLEY,<br>CEO, Procter & Gamble Distributing Company, | |
| Defendants. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
**by Deputy Clerk**

6/12/06
_____
Date